IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>1411 K Street NW, Suite 1300<br>Washington, D.C. 20005;<br><br>         *Plaintiff*,<br> v.<br><br>U.S. DEPARTMENT OF ENERGY<br>200 Independence Ave SW<br>Washington, D.C. 20825<br><br>         *Defendant*. | Case No.: 1:20-cv-02950 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 8, 2020 Minute Order, the Parties, through counsel, have met and conferred and report as follows on the Court's inquiries:

1. As regards the status of Plaintiff Center for Biological Diversity's August 23, 2019 FOIA request, the agency states that the agency's search is complete. Those documents are currently in queue for review and processing.

2. The Defendant proposes to process 300 pages per month in accordance with the following procedures:

    • A production with no obligation to produce an attachment index, or attachments, until all emails are produced;
    • Deferring negotiation of the production rate of non-email records to a later date and
    • Production in chronological order.

1

3. The Plaintiff agrees to production via the above procedures, except that Plaintiff proposes a production rate of 300 *emails* per month as opposed to 300 *pages* per month, and further proposes production prioritization of the first bullet point in Plaintiff's August 23, 2019 FOIA request: "All records of communications between DOE and non-federal agency individuals, including but not limited to employees of energy companies, mentioning and/or referencing the 'July 2019 North American Energy Resilience Model' ('2019 NAERM Report'), and/or the matters being addressed in the 2019 NAERM Report."

4. The Parties will continue to negotiate production rate, processing prioritization efforts and suggestions.

5. The Parties request that they be allowed to provide a further status update on or before February 12, 2021.

Dated: January 13, 2021              Respectfully submitted,

/s/ Alison Borochoff-Porte
Alison Borochoff-Porte
(D.C. Bar No. 219393)
Howard M. Crystal
(D.C. Bar No. 446189)

CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street NW, Suite 1300
Washington, D.C. 20005
Tel: (202) 599-6223
Email: aborochoffporte@biologicaldiversity.org

*Attorneys for Plaintiff*


MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

BY:
/s
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington,D.C. 20530
 (202) 252-2534